Decided November 17, 1994

CARLENE E. KULISCH *v.* AETNA CASUALTY AND SURETY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 141 (AC 13620) is granted, limited to the following issues:

"1. Does the retroactive application of Public Acts 1993, No. 93-77, to the facts of this case violate article first, § 10, of the United States constitution?

"2. If the answer to question 1. is no, does the retroactive application of Public Acts 1993, No. 93-77, to the

facts of this case violate the due process clause of the fourteenth amendment to the United States constitution?"

The Supreme Court docket number is SC 15126.*

*Rodd J. Mantell,* in support of the petition.

Decided November 17, 1994